# UNITED STATES DISTRICT COURT
District of __Columbia__

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| OSCAR RAMIRO ORTEGA-HERNANDEZ | Case Number: 12-cr-014-RMC |
| | USM Number: 33230-068 |

**Date of Original Judgment:** 3/31/2014
(Or Date of Last Amended Judgment)

Robert A. Feitel and Robert A. Spelke
Defendant's Attorney

**Reason for Amendment:**
- [ ] Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
- [ ] Reduction of Sentence for Changed Circumstances (Fed R. Crim P. 35(b))
- [ ] Correction of Sentence by Sentencing Court (Fed R. Crim. P. 35(a))
- [✓] Correction of Sentence for Clerical Mistake (Fed. R. Crim P. 36)

- [ ] Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- [ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C § 3582(c)(1))
- [ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- [ ] Direct Motion to District Court Pursuant  [ ] 28 U.S.C § 2255 or
      [ ] 18 U.S.C § 3559(c)(7)
- [ ] Modification of Restitution Order (18 U.S.C § 3664)

**FILED**
DEC 23 2015
Clerk, U.S. District and
Bankruptcy Courts

**THE DEFENDANT:**
- [✓] pleaded guilty to count(s) __5 and 11 of the superseding Indictment on 9/18/2013.__
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1363 | Injury to a Dwelling and Placing Lives in Jeopardy Within the Special Maritime and Territorial Jurisdiction of the United States | 11/11/2011 | 5 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [✓] Count(s) __all remaining__   [ ] is  [✓] are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

3/31/2014
Date of Imposition of Judgment

_/s/ Rosemary M. Collyer_
Signature of Judge

Rosemary M. Collyer          U.S. District Judge
Name and Title of Judge

12/22/15
Date

DEFENDANT: OSCAR RAMIRO ORTEGA-HERNANDEZ
CASE NUMBER: 12-cr-014-RMC

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 924(c)(1)(A) | Using, Carrying, Brandishing and Discharging a Firearm During a Crime of Violence | 11/11/2011 | 11 |

AO 245C    (Rev 11/15) Amended Judgment in a Criminal Case
        Sheet 2 — Imprisonment                                                                        (NOTE. Identify Changes with Asterisks (*))

Judgment — Page __3__ of __7__

DEFENDANT: OSCAR RAMIRO ORTEGA-HERNANDEZ
CASE NUMBER: 12-cr-014-RMC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Defendant sentenced to One Hundred Eighty (180) Months of imprisonment on Count 5s, and One Hundred Twenty (120) Months of imprisonment on Count 11; all counts to run consecutively.

☒ The court makes the following recommendations to the Bureau of Prisons:

Because of the defendant's age and vulnerability, the Court recommends that the defendant be housed at FCI Sheridan in Sheridan, Oregon. At the least, defendant should be assigned to a medium security facility, or he will be victimized.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: OSCAR RAMIRO ORTEGA-HERNANDEZ
CASE NUMBER: 12-cr-014-RMC

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

Thirty-six (36) Months on Count 5s, and Sixty (60) Months on Count 11; to run concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- ☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

AO 245C    (Rev 11/15) Amended Judgment in a Criminal Case
         Sheet 3A — Supervised Release                                           (NOTE: Identify Changes with Asterisks (*))

Judgment—Page   5   of   7

DEFENDANT: OSCAR RAMIRO ORTEGA-HERNANDEZ
CASE NUMBER: 12-cr-014-RMC

# ADDITIONAL SUPERVISED RELEASE TERMS

The defendant shall submit to substance abuse testing as approved and directed by the Probation Office.

The defendant shall pay the balance of any restitution owed at a rate of no less than $100 each month and provide verification of same to the Probation Office.

The probation office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the probation office upon the defendant's completion or termination from treatment.

The defendant has a right to appeal the sentence imposed by this Court, as limited by his Plea Agreement. If the defendant chooses to appeal, he must file an appeal within 14 days after the Court enters judgment. If the defendant is unable to afford the cost of an appeal, he may request permission from the Court to file an appeal without cost to him.

DEFENDANT: OSCAR RAMIRO ORTEGA-HERNANDEZ
CASE NUMBER: 12-cr-014-RMC

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 200.00 | $ 0.00 | $ 97,757.93 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| United States Park Service (**address and contact person to be provided at a later date) | $97,757.93 | $97,757.93 | |
| **TOTALS** | $ 97,757.93 | $ 97,757.93 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: OSCAR RAMIRO ORTEGA-HERNANDEZ
CASE NUMBER: 12-cr-014-RMC

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The Court finds that the defendant does not have the ability to pay a fine and, therefore, waives imposition of a fine in this case.

The special assessment is immediately payable to the Clerk of the Court for the U.S. District Court, District of Columbia. Within 30 days of any change of address, the defendant shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full. The Court waives any interest or penalties that may accrue on unpaid balances.