UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | :   Cr. No. 12-14(APM ) |
| V. | : |
| OSCAR RAMIRO ORTEGA-HERNANEZ | : |
| Defendant. | : |

NOTICE TO THE COURT RE: JANUARY 23, 2019 STATUS HEARING

This case was recently reassigned by the Calendar Committee to this Court, which scheduled a status conference for Thursday, January 23, 2020. The Notice advised that the Court wanted to review the *habeas corpus* motion filed on June 21, 2016 by the Federal Public Defender's Office (FPD).  An electronic copy of the Notice was sent to undersigned counsel, who along with attorneys Sandi S. Rhee, Esquire and Robert A. Spelke, Esquire, were retained to represent the defendant through the sentencing of this case. None of the aforementioned attorneys were –- or are - involved in the 2255 motion. Prior counsel would have nothing substantive to during the status conference scheduled for January 23, 2020. Undersigned has spoken with FPD attorney Benjamin Flick, who concurs that prior defense counsel do not need to be present at the status and that he is prepared to represent defendant Ortega-Hernandez's interests in this case from this moment forward. Undersigned also advised new Government counsel that the prior attorneys did not intend to appear at the status and the Government indicated that it had no objection.

Accordingly, the undersigned is filing this Notice to formally advise the Court that prior counsel do not plan to be present for the status hearing on January 23, 2020. Prior counsel are

not formally moving to withdraw from the representation in the event that our historical knowledge of the case could assist the defendant in future proceedings.

/s/ Robert A Feitel
Robert Feitel
The Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
DC Bar Number 366673
RF@RFeitelLaw.com

On behalf of
Robert A. Spelke, Esquire
Sandi S. Rhee, Esquire

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent, via the Electronic Filing System, to Assistant United States Attorney John Gidez, 555 4th Street, N.W., Washington, D.C., this 22nd day of January 2020.

/s/Robert Feitel
Robert Feitel